Somphop Singhasiri
Essex County Correctional Facility (ECCF)
354 Doremus Avenue
Newark, NJ 07105

April 3, 2024

Honorable Sarah L. Cave
500 Pearl Street
New York, NY 10007

Re: Alert Indicator and Disciplinary Report Request from the U.S. Marshals

Case #:22 MAG 590

Dear Judge Cave,

    Hope this letter finds you well. I need your assistance with the following two requests.

1. Per the ECC Facility, I am not permitted to work as I have a block on my profile. My codefendant is no longer housed at the ECC Facility so this should not be an issue any longer. Please order ECCF to remove the work block on my profile.

2. Please order the U.S. Marshals to Order the ECC Facility to provide a disciplinary report on me and to send it to my attorney, Mr. David Strun and Ms. Srabina Shoff, and to Your attention. This report is critical as it will speak to my character and if I have had any disciplinary actions during my stay at ECCF.

Thank you very much for your attention and cooperation to this matter.

Respectfully Submitted,

Somphop Singhasiri

Page **1** of **1**