Somphop Singhasiri
Essex County Jail
354 Doremus Avenue
Newark, NJ 07105

April 1, 2024

Honorable Sarah L. Cave
500 Pearl Street
New York, NY 10007

Case #: 22-MAG-590

**I would like to plea guilty**

Dear Judge Cave,

    This is a follow up letter to what my attorney has already submitted to the Court. I would like to reiterate that I would like to plea guilty in front of Your Honor.

    I would like to close this case by pleading guilty and hope to see you this month or next month.

Respectfully Submitted,

Somphop Singhasiri